Michelle L. Spaulding
State Bar #237459
SUMMIT DEFENSE, PLC
770 L Street, Suite 950
Sacramento, Ca. 95814
(916) 601-2020  Phone
(916) 720-0650  Fax

Attorney for Defendant:
ERIKA CARLTON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ERIKA MICHELE CARLTON,<br><br>　　　　Defendant | No. 2:12-CR-00231<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kyle Reardon, Assistant United States Attorney, Michelle Spaulding, attorney for defendant Erika Carlton; that the previously-scheduled sentencing hearing be vacated and the matter continued to January 3, 2013 at 9:00 a.m.  Defendant hereby waives time for this continuance.

   This continuance is requested to accommodate defense counsel's calendar conflict.

                                                                    Respectfully submitted,

Dated October 29, 2012


                                                                    /s/ Michelle L. Spaulding
                                                                    MICHELLE L. SPAULDING
                                                                    Attorney for Defendant
                                                                    ERIKA CARLTON

1

Dated October 29, 2012

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By: /s/ Michelle L. Spaulding for
KYLE REARDON
Assistant U.S. Attorney
Attorney for Plaintiff

### ORDER

IT IS HEREBY ORDERED that the previously-scheduled sentencing date of November 1, 2012, be vacated and the matter be set for sentencing on January 3, 2013, at 9:00 a.m., for the reasons set forth above.

Dated:  October 30, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2