BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-00231 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING FROM JANUARY 3, 2013, TO JANUARY 24, 2013** |
| ERIKA MICHELE CARLTON, | |
| Defendant. | |

The parties request that the judgment and sentencing currently set for January 3, 2013, at 9:00 a.m., be continued to January 24, 2013, at 9:00 a.m.  This continuance is necessary in order to allow the parties to confer and meet in an attempt to settle their differences regarding the loss calculation in this case.

///

///

///

///

///

The following filing dates will apply:

|  | **Old Date** | **New Date** |
|---|---|---|
| Formal Objections / Motion for Correction of PSR | December 20, 2012 | January 10, 2013 |
| Sentencing Memorandum | December 27, 2012 | January 17, 2013 |
| Reply or Statement of Non-opposition | December 31, 2012 | January 21, 2013 |
| Judgment and Sentencing | January 3, 2013 | January 24, 2013 |

Dated: January 2, 2013          Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                      United States Attorney

                              By: */s/ Kyle Reardon*
                                  KYLE REARDON
                                  Assistant U.S. Attorney

Dated: January 2, 2013          */s/ Kyle Reardon* for
                                      MICHELLE SPAULDING
                                      Attorney for Defendant

ORDER

The parties' stipulation and proposed schedule are approved and SO ORDERED.  The judgment and sentencing currently set for January 3, 2013, is **continued to January 24, 2013 at 9 a.m.** in Courtroom 7

Dated: January 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT